■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADRIAN WRIGHT, Appellant. [865 NYS2d 563]—Appeal by the defendant from an order of the County Court, Dutchess County (Hayes, J.), dated November 14, 2006, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, the County Court's determination to assess 20 points because he engaged in a continuing course of sexual misconduct is based on clear and convincing evidence (*see* Correction Law § 168-n [3]; *People v Wright,* 53 AD3d 963, 964 [2008]; *People v Di John,* 48 AD3d 1302, 1303 [2008]; *People v Roberts,* 38 AD3d 1151, 1152 [2007]). Accordingly, the County Court properly designated the defendant a level three sex offender (*see People v Jenkins,* 24 AD3d 645 [2005]). Fisher, J.P., Covello, McCarthy and Leventhal, JJ., concur.